**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JUDY L. BARKER                                                              PLAINTIFF

v.                                        NO. 4:13CV00641 JLH

WELLS FARGO HOME MORTGAGE, INC.;
ATHENE ANNUITY & LIFE ASSURANCE
COMPANY; and WELLS FARGO
NATIONAL BANK, N.A.                                                   DEFENDANTS

### ORDER OF DISMISSAL

Without objection, Judy L. Barker's motion to dismiss this action voluntarily pursuant to

Federal Rule of Civil Procedure 41(a)(2) is GRANTED.  Document #32.  This action is hereby

dismissed without prejudice as to Wells Fargo Home Mortgage, Inc., and Wells Fargo National

Bank, N.A., and with prejudice as to Athene Annuity & Life Assurance Company.

IT IS SO ORDERED this 18th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE